IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DARRON ANTOINE DEWAYNE TAYLOR,** § § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:19-CV-1911-L** |
| § | |
| **LORIE DAVIS, Director,** § | |
| **Texas Department of Criminal Justice,** § | |
| **Correctional Institutions Division,** § | |
| § | |
| Respondent. § | |

# ORDER

The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 8) was entered on December 6, 2019, recommending that the court deny Petitioner's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 4, 7). No objections to the Report were filed as of the date of this order.

Having considered the motions, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 4, 7).

**It is so ordered** this 6th day of January, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page