IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARRON ANTOINE DEWAYNE TAYLOR,<br>Petitioner<br><br>v.<br><br>LORIE DAVIS,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>Respondent. | §<br>§<br>§<br>§ NO. 3:19-CV-01911-L-BN<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

Assistant Attorney General, Jon R. Meador, hereby enters this appearance as lead counsel for the Respondent, the Director of the Texas Department of Criminal Justice – Correctional Institutions Division. This case was originally assigned to Patrick Todd in error. Please remove Mr. Todd as lead counsel. The undersigned respectfully requests that his appearance be noted on the docket sheet, and that a copy of all future correspondence, orders, and pleadings be forwarded to counsel at the e-mail address listed in the signature block below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFF C. MATEER
First Assistant Attorney General

|  |  |
|---|---|
|  | MARK PENLEY<br>Deputy Attorney General for Criminal Justice |
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Attorney in Charge | s/ Jon R. Meador<br>JON R. MEADOR*<br>Assistant Attorney General<br>State Bar No. 24039051 |
|  | P.O. Box 12548, Capitol Station<br>Austin, Texas   78711<br>(512) 936-1400<br>Facsimile No. (512) 936-1280<br>jon.meador@oag.texas.gov |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on March 23, 2020 addressed to:

Darron Antoine Dwayne Taylor
TDCJ No. 2085048
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

                                                           s/ Jon R. Meador
                                                         JON R. MEADOR
                                                         Assistant Attorney General